ELINOR LEARY, NO. 227232
KIMBERLY A. WONG, NO. 251193
CLIFTON N. SMOOT, NO. 305728
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
Email: EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS
DARIN SINDER AND NICOLE SNIDER

RENEE WELZE LIVINGSTON – SBN 124280
JOHN C. HENTSCHEL – SBN 149252
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
         jhentschel@livingstonlawyers.com

ATTORNEYS FOR DEFENDANT
OVERHEAD DOOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DARIN SNIDER, NICOLE SNIDER,<br><br>              Plaintiffs,<br><br>       v.<br><br>OVERHEAD DOOR CORPORATION;<br>OVERHEAD DOOR COMPANY OF<br>SANTA ROSA; and DOES 1-50,<br><br>              Defendants. | CASE NO. 4:19-cv-7442-HSG<br><br>**STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE DATE** |

Pursuant to this Court's Scheduling Order (Dkt. No. 32) and the Standing Order for Civil Cases Before District Judge Haywood S. Gilliam, Jr., the parties submit this regarding scheduling of the Case Management Conference.

The parties conducted email meet-and-confer on these issues on December 8, 2020, and the parties agree to have the Case Management Conference hearing scheduled for December 17, 2020 at 2:00 p.m.

The parties are grateful for the Court's time and efforts spent accommodating this scheduling request.

DATED:  December 10, 2020         THE VEEN FIRM, P.C.


By: _____/s/ Clifton N. Smoot_____
Clifton N. Smoot
Attorneys for Plaintiffs DARIN SNIDER and NICOLE SNIDER


DATED:  December 10, 2020         LIVINGSTON LAW FIRM


By: _____/s/ Renée Welze Livingston_____
Renee Welze Livingston
Attorneys for OVERHEAD DOOR CORPORATION

**ORDER**

Based on the above Stipulation of the parties and good cause appearing, the Court modifies the Scheduling Order as requested in the Stipulation.

DATED:  12/11/2020

_____
HAYWOOD S. GILLIAM, JR.
U.S. District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, Clifton N. Smoot am the ECF User whose Id and password are being used to file this STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE DATE.  In compliance with Civil Local Rule 5-1, subsection (i)(3), I hereby attest that Renee Livingston has concurred in this filing.

DATED:  December 10, 2020           THE VEEN FIRM, P.C.


By: _____/s/ Clifton N. Smoot_____
  Clifton N. Smoot
  Attorneys for Plaintiffs DARIN SNIDER and
  NICOLE SNIDER

# PROOF OF SERVICE

**Snider, Darin and Nicole v. Overhead Door Corporation**
**US District Court Case No. 4:19-cv-07442-HSG**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the City and County of San Francisco, State of California. My business address is 20 Haight Street, San Francisco, CA 94102.

On December 10, 2020, I served true copies of the following document(s) described as **STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE DATE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2020, at Burlingame, California.

_____
Alice Chan

**SERVICE LIST**
**Snider, Darin and Nicole v. Overhead Door Corporation**
**US District Court Case No. 4:19-cv-07442-HSG**

| | |
|---|---|
| Renee Welze Livingston, Esq.<br>John C. Hentschel, Esq.<br>Livingston Law Firm<br>A Professional Corporation<br>1600 South Main Street, Suite 280<br>Walnut Creek, CA 94596 | Telephone: (925) 952-9880<br>Fax: (925) 952-9881<br>rlivingston@livingstonlawyers.com<br>jhentschel@livingstonlawyers.com<br><br>*Attorney for Defendant OVERHEAD DOOR CORPORATION* |
| Sondra J. Dillon, Esq.<br>State Compensation Insurance Fund<br>State Fund Subrogation<br>Post Office Box 28917<br>Fresno, CA 93729-8917 | Telephone: (916) 567-6509<br>Fax: (323) 266-5273<br>sjdillon@scif.com<br><br>Yvonne Duong - YEDuong@scif.com<br><br>*Attorney for Lien Claimant State Compensation Insurance Fund* |

THE·VEEN·FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

665105.1                      -2-                      Case No. 4:19-cv-7442-HSG
STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE DATE