UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN SNIDER, et al., | Case No. 19-cv-07442-HSG |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| v. | Re: Dkt. Nos. 30, 40 |
| OVERHEAD DOOR CORPORATION, et al., | |
| Defendants. | |

A case management conference was held on December 17, 2020. Having considered the parties' proposals, *see* Dkt. Nos. 30 and 40, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 1, 2021 |
| Completion of ADR | April 16, 2021 |
| Close of Fact Discovery | June 30, 2021 |
| Exchange of Opening Expert Reports | August 6, 2021 |
| Exchange of Rebuttal Expert Reports | September 3, 2021 |
| Close of Expert Discovery | November 3, 2021 |
| Dispositive Motion Hearing Deadline | December 16, 2021 at 2:00 p.m. |
| Pretrial Conference | March 15, 2022 at 3:00 p.m. |
| Jury Trial (10 days) | March 28, 2022 at 8:30 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order terminates Dkt. Nos. 30 and 40.

**IT IS SO ORDERED.**

Dated:  12/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge