ELINOR LEARY, NO. 227232
KIMBERLY A. WONG, NO. 251193
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
Email: EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS
DARIN SINDER AND NICOLE SNIDER


RENEE WELZE LIVINGSTON – SBN 124280
JOHN C. HENTSCHEL – SBN 149252
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
       jhentschel@livingstonlawyers.com

ATTORNEYS FOR DEFENDANT
OVERHEAD DOOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DARIN SNIDER, NICOLE SNIDER,<br><br>         Plaintiffs,<br><br>   v.<br><br>OVERHEAD DOOR CORPORATION;<br>OVERHEAD DOOR COMPANY OF<br>SANTA ROSA; and DOES 1-50,<br><br>         Defendants. | CASE NO. 4:19-cv-7442-HSG<br><br>[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER REGARDING TESTS, TEST QUESTIONS, TEST ANSWERS, AND TEST RESULTS FROM ANY MENTAL AND/OR NEUROPSYCHOLOGICAL EXAMINATION |

The undersigned parties and the Court recognize that good cause exists to protect written psychological, neuropsychological, and psychometric tests, testing materials, test answers, test results, and test scores that are produced in discovery as a result of any such examination in this

litigation, pursuant to FRCP Rule 35. To preserve and protect Plaintiff's privacy and to preserve and protect the integrity of the tests that are given to Plaintiff during these examinations and that will be exchanged between the parties and their attorneys, the Court issues the following protective order:

a) All psychological, neuropsychological, and psychometric tests, testing materials, test answers, test results, and test scores that are produced in discovery in this litigation, pursuant to FRCP Rule 35, may only be used for purposes of this litigation. They may not be distributed to anyone outside of this litigation.

b) All copies of the psychological, neuropsychological, and psychometric tests, testing materials, test answers, test results, and test scores that are produced in discovery in this litigation, pursuant to FRCP Rule 35, must be destroyed at the conclusion of the litigation.

c) Psychological, neuropsychological, and psychometric tests, testing materials, test answers, test results, and test scores that are produced in discovery in this litigation, pursuant to FRCP Rule 35, may only be reviewed by the attorneys in this case and by the parties' medical, psychological, and/or psychiatric consultants and experts. (Protected materials may also be provided, as necessary, to the Court and to court reporters.) No one else is to have access to the tests, testing materials, test answers, test results, and test scores. The materials may be used for purposes of this litigation, including the examination of witnesses during depositions and at trial.

d) Psychological, neuropsychological, and psychometric tests, testing materials, test answers, test results, and test scores that are produced in this litigation, pursuant to FRCP Rule 35, must be plainly marked with the following legend across the bottom: "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER. ONLY FOR USE IN THE *Snider v. Overhead Door Corporation et al.* LITIGATION."

e) If materials subject to this protective order are used to question a witness during a deposition or attached as an exhibit to a deposition transcript, the portion of the transcript and any protected materials must be bound separately with the following notation on the cover page: "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER. ONLY FOR USE IN THE *Snider v. Overhead Door Corporation et al.* LITIGATION."

f)  If any material subject to this protective order is to be filed in court or used during the course of a trial or an appeal, the parties will cooperate and move to have the protected materials filed under seal, according to the applicable provisions of the Civil Rules for the Northern District of California. If a court refuses to file the documents under seal, the inability to file the documents under seal will not limit the parties' use of the documents in support or opposition to any motion or at trial.

g)  A copy of this order must be served upon and receipt must be acknowledged in writing by every attorney and every medical, psychological, and/or psychiatric consultant / expert who receives copies of the psychological tests, testing materials, test answers, and test scores from this litigation.   Prior to receiving documents protected by this order, each person receiving the protected documents must sign the form of Acknowledgment and Agreement To Be Bound that is attached, hereto, as **Exhibit "A."**

h)  Copies of psychological tests, testing materials, test answers, and test scores may be produced to other attorneys in this litigation who represent parties other than Plaintiff and Defendant Overhead Door Corporation after those attorneys have signed written confirmations that they agree to be bound by this protective order.  Any attorneys who receive protected materials may also share the protected information with their client's consultants and experts as described above.

i)  The inadvertent failure to mark psychological tests, testing materials, test answers, and test scores as "confidential," as required above, does not waive the confidential nature of the documents.  Any such documents are still considered protected by this order.

j)  This protective order does not apply to psychological tests and testing materials that are publicly available or that have obtained outside of discovery in this litigation.

//
//
//
//
//

1  DATED: July 23, 2021           THE VEEN FIRM, P.C.

                                  By:      /s/ *Clifton N. Smoot*
                                  Kimberly Wong
                                  Clifton N. Smoot
                                  Attorneys for Plaintiffs DARIN SNIDER and
                                  NICOLE SNIDER


9  DATED: July 23, 2021           LIVINGSTON LAW FIRM


                                  By:      /s/ *John C. Hentschel*
                                  Renee Welze Livingston
                                  John C. Hentschel
                                  Attorneys for OVERHEAD DOOR
                                  CORPORATION


**IT IS SO ORDERED.**

Dated:  7/26/2021          By: /s/ Haywood S. Gilliam, Jr.
                                  Haywood S. Gilliam, Jr.
                                  United States District Judge

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name] of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understood the Stipulated Protective Order that was issued by the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION on _____ [date] in the case of *Snider v. Overhead Door Corporation et al.*, 4:19-cv-7442-HSG.  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

665105.1                                             -5-                              Case No. 4:19-cv-7442-HSG
[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING TESTS, TEST QUESTIONS, TEST ANSWERS, AND TEST RESULTS FROM ANY DEFENSE MENTAL EXAMINATION