```
ELINOR LEARY, NO. 227232
KIMBERLY A. WONG, NO. 251193
CLIFTON N. SMOOT, NO. 305728
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS DARIN
SINDER AND NICOLE SNIDER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DARIN SNIDER, NICOLE SNIDER,<br><br>        Plaintiffs,<br><br>    v.<br><br>OVERHEAD DOOR CORPORATION;<br>OVERHEAD DOOR COMPANY OF<br>SANTA ROSA; and DOES 1-50,<br><br>        Defendants. | CASE NO. 4:19-cv-7442-HSG<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br><br>Complaint Filed: March 29, 2019<br>Trial Date:        March 28, 2022 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil action has settled in its entirety.

WHEREAS the settlement has been memorialized on the record with Judge Gilliam and payment of settlement funds has been made.

WHEREFORE the parties, therefore, stipulate and request that this Court hereby dismisses the entire action, with prejudice.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

///

IT IS SO STIPULATED.

DATED:  November 10, 2021          THE VEEN FIRM, P.C.

By: _____
Elinor Leary
Kimberly A. Wong
Clifton N. Smoot
Attorneys for PLAINTIFFS DARIN SINDER AND NICOLE SNIDER

Dated:  December 9, 2021          LIVINGSTON LAW FIRM

By _____
Renée Welze Livingston
John C. Hentschel
Attorneys for Defendant
OVERHEAD DOOR CORPORATION

### ORDER

The above STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION is approved.

**IT IS SO ORDERED.**

Dated: 12/10/2021

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE